UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ALEXA KLINAKIS, JORDAN KRAVETZKY,
NICOLE WHITE, MATEO VELEZ, LANEY HEIDRICH,
CLAUDIA RODRIGUEZ, and ANGIE
CIPRIANO on behalf of themselves and as representatives
of other class and collective action members similarly
situated,

    Plaintiffs,

                                        PUTATIVE COLLECTIVE & CLASS
                                              ACTION LAWSUIT

v.                                    Case No.: 6:22-cv-01756-RBD-DAB

ALTUS JOBS, LLC, and SAUM DUSTIN
SHARIFI

    Defendants.
_____/

**PLAINTIFFS' CERTIFICATE OF INTERESTED PERSONS AND
CORPORATE DISCLOSURE STATEMENT**

    Plaintiffs, Alexa Klinakis et. al. (all named plaintiffs and the putative collective/class members), by counsel, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, file the following as their Certificate of Interested Persons and Corporate Disclosure Statement.

1)     The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action —including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

a. Plaintiff, Alexa Klinakis
   c/o Jolynn M. Falto, Esq., Kevin K. Ross, Esq. and Nikki. J. Pappas, Esq.
   éclat Law, PA
   307 Cranes Roost Boulevard, Suite 2010
   Altamonte Springs, FL 32701

b. Plaintiff, Jordan Kravetzky
   c/o Jolynn M. Falto, Esq., Kevin K. Ross, Esq. and Nikki. J. Pappas, Esq.
   éclat Law, PA
   307 Cranes Roost Boulevard, Suite 2010
   Altamonte Springs, FL 32701

c. Plaintiff, Nicole White
   c/o Jolynn M. Falto, Esq., Kevin K. Ross, Esq. and Nikki. J. Pappas, Esq.
   éclat Law, PA
   307 Cranes Roost Boulevard, Suite 2010
   Altamonte Springs, FL 32701

d. Plaintiff, Mateo Velez
   c/o Jolynn M. Falto, Esq., Kevin K. Ross, Esq. and Nikki. J. Pappas, Esq.
   éclat Law, PA
   307 Cranes Roost Boulevard, Suite 2010
   Altamonte Springs, FL 32701

e. Plaintiff, Laney Heidrich
   c/o Jolynn M. Falto, Esq., Kevin K. Ross, Esq. and Nikki. J. Pappas, Esq.
   éclat Law, PA
   307 Cranes Roost Boulevard, Suite 2010
   Altamonte Springs, FL 32701

f. Plaintiff, Claudia Rodriguez
   c/o Jolynn M. Falto, Esq., Kevin K. Ross, Esq. and Nikki. J. Pappas, Esq.
   éclat Law, PA
   307 Cranes Roost Boulevard, Suite 2010
   Altamonte Springs, FL 32701

    g.  Plaintiff, Angie Cipriano
c/o Jolynn M. Falto, Esq., Kevin K. Ross, Esq. and Nikki. J. Pappas, Esq.
éclat Law, PA
307 Cranes Roost Boulevard, Suite 2010
Altamonte Springs, FL 32701

    h.  Defendant, Altus Jobs, LLC
c/o Tim J. Kiley, Esq., and Heidi M. Mitchell, Esq.,
Winderweedle, Haines, Ward & Woodman, P.A.
329 Park Avenue North, Second Floor PO Box 880
Winter Park, FL 32790-0880

    i.  Defendant, Saum Dustin Sharifi
c/o Tim J. Kiley, Esq., and Heidi M. Mitchell, Esq.,
Winderweedle, Haines, Ward & Woodman, P.A.
329 Park Avenue North, Second Floor PO Box 880
Winter Park, FL 32790-0880

    j.  Plaintiffs' Counsel/Putative Class and Collective Member Counsel
Jolynn M. Falto, Esq., Kevin K. Ross, Esq. and Nikki. J. Pappas, Esq.
éclat Law, P.A.
307 Cranes Roost Boulevard, Suite 2010
Altamonte Springs, FL 32701

    k.  Defendants' Counsel[1]
Tim J. Kiley, Esq., and Heidi M. Mitchell, Esq.,
Winderweedle, Haines, Ward & Woodman, P.A.
329 Park Avenue North, Second Floor PO Box 880
Winter Park, FL 32790-0880

2)    The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None currently known.

---

[1] Although no Appearance has been entered, upon information and belief, Plaintiffs believe that Tim J. Kiley, Esq. and Heidi M. Mitchell, Esq. of Winderweedle, Haines, Ward, & Woodman, P.A. are expected to act as defense counsel.

3)     The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

None currently known.

4)     The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

Named Plaintiffs: Alexa Klinakis, Jordan Kravetzky, Nicole White, Laney Heidrich, Mateo Velez, Claudia Rodriguez and Angie Cipriano.

Putative Class Members and Putative Collective Action Members (as described within the First Amended Complaint—which includes former and current employees of Altus Jobs, LLC).

5)     Check one of the following:

    a. **X** I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

- or -

    b. \_\_\_\_\_ I certify that I am aware of a conflict or basis of recusal of the District Judge or Magistrate Judge as follows:
    c.

*I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case and will immediately notify the Court in writing on learning of any such conflict.*

[Intentionally left blank]

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed with the Clerk of Court this **17th** day of **October** 2022 by using the Federal Case Management/Electronic Case Files System (CM/ECF System). Accordingly, a copy of the foregoing is being served on this day to all attorney(s)/interested parties identified on the CM/ECF Electronic Service List, via transmission of Notices of Electronic Filing generated by the CM/ECF System

                                            **éclat Law, PA**

                                            */s/ Jolynn M. Falto*
                                            **Kevin K. Ross-Andino, FBN 66214**
                                            kevin.ross@eclatlaw.com
                                            **Jolynn M. Falto, FBN 1002743**
                                            jfalto@eclatlaw.com
                                            **Nicola J. Pappas, FBN 126355**
                                            nikki.pappas@eclatlaw
                                            **Crisol Lopez Palafox, FBN 1031282**
                                            crisol.lopezpalafox@eclatlaw.com

                                            307 Cranes Roost Blvd. Suite 2010
                                            Altamonte Springs, Florida 32701
                                            Phone: (407) 636-7004
                                            *Counsel for Plaintiffs and the class/collective action members.*