UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ALEXA KLINAKIS, JORDAN KRAVETZKY,
NICOLE WHITE, MATEO VELEZ, LANEY HEIDRICH,
CLAUDIA RODRIGUEZ, and ANGIE
CIPRIANO on behalf of themselves and as representatives
of other class and collective action members similarly
situated,

       Plaintiffs,

                                    PUTATIVE COLLECTIVE & CLASS
                                        ACTION LAWSUIT

v.                               Case No.: 6:22-cv-01756-RBD-DAB

ALTUS JOBS, LLC, and SAUM DUSTIN
SHARIFI

       Defendants.
_____/

### NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.07(c), I certify that the instant action:

  __X__  IS        related to pending or **closed civil** or criminal case(s) previously filed in this Court, or any other Federal or **State court**, or administrative agency as indicated below:

                        Jordan Kravetzky vs. Sharifi, Saum et al. Case No.: 2020-CA-005380-O (closed, no longer pending).

                        Laney Heidrich vs. Sharifi, Saum et al. Case No.: 2020-CA-005381-O (closed, no longer pending).

                        Mateo Velez vs. Sharifi, Saum et al. Case No.: 2020-CA-005432-O (closed, no longer pending).

_____  IS NOT   related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative

1

agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed with the Clerk of Court this **17th** day of **October** 2022 by using the Federal Case Management/Electronic Case Files System (CM/ECF System). Accordingly, a copy of the foregoing is being served on this day to all attorney(s)/interested parties identified on the CM/ECF Electronic Service List, via transmission of Notices of Electronic Filing generated by the CM/ECF System

**éclat Law, PA**

*/s/ Jolynn M. Falto*
**Kevin K. Ross-Andino, FBN 66214**
kevin.ross@eclatlaw.com
**Jolynn M. Falto, FBN 1002743**
jfalto@eclatlaw.com
**Nicola J. Pappas, FBN 126355**
nikki.pappas@eclatlaw.com
**Crisol Lopez Palafox, FBN 1031282**
crisol.lopezpalafox@eclatlaw.com

307 Cranes Roost Blvd. Suite 2010
Altamonte Springs, Florida 32701
Phone: (407) 636-7004
*Counsel for Plaintiffs and the class/collective action members.*