UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ALEXA KLINAKIS, JORDAN
KRAVETZKY, NICOLE WHITE,
MATEO VELEZ, LANEY
HEIDRICH, CLAUDIA
RODRIGUEZ and ANGIE
CIPRIANO,

  Plaintiffs,

v.              Case No: 6:22-cv-1756-RBD-DAB

ALTUS JOBS, LLC and SAUM
DUSTIN SHARIFI,

  Defendants.

## ORDER TO SHOW CAUSE

  This cause is before the Court on *sua sponte* review of the file. The Complaint in this action was filed on September 24, 2022 (Doc. 1). Plaintiff has failed to effect proper service on **Defendants Altus Jobs, LLC and Saum Dustin Sharifi** within the ninety days allowed by Federal Rule of Civil Procedure 4(m) or as further extended by the Court.

  Accordingly, it is **ORDERED** and **ADJUDGED** that by **Friday, January 20, 2023**, Plaintiff is **ORDERED TO SHOW CAUSE** by written response why the Complaint against **Altus Jobs, LLC and Saum Dustin Sharifi** should not be

dismissed for failure to comply with Federal Rule of Civil Procedure 4(m). Failure to timely and adequately respond will result in this action being dismissed.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on January 2, 2023.

ROY B. DALTON JR.
United States District Judge