COMPOSITE EX. 1

# RETURN OF NON-SERVICE

UNITED STATES DISTRICT COURT
Middle District of Florida

Case Number: 6:22-CV-01756-RBD-DAB

Plaintiffs: **ALEXA KLINAKIS, JORDAN KRAVETZKY, NICOLE WHITE, ANRICH BEKKER, MATEO VELEZ, LANEY HEIDRICH, CLAUDIA RODRIGUEZ, ERIC TAYLOR, and ANGIE CIPRIANO on behalf of themselves and as representatives of other class and collective action members similarly situated**
vs.
Defendants: **ALTUS JOBS, LLC, and SAUM DUSTIN SHARIFI**


2022006925

For:
VERITEXT LEGAL SOLUTIONS
633 East Colonial Drive
Orlando, FL 32803

Received by VERITEXT LEGAL SOLUTIONS on the 7th day of December, 2022 at 12:13 pm to be served on **ALTUS JOBS, LLC C/O REGISTERED AGENT: SAUM SHARIFI, 1967 MEADOW CREST DR., APOPKA, FL 32712**.

I, Brock Jansen, do hereby affirm that on the **5th day of January, 2023** at **11:15 am, I:**

**NON-SERVED** the **Summons in a Civil Action, Plaintiff's First Amended Collective & Class Action Complaint, Plaintiffs Certificate of Interested Persons, Notice of Pendency of Related actions and Initial Order regarding Case Management Deadlines** for the reason that I failed to find **ALTUS JOBS, LLC C/O REGISTERED AGENT: SAUM SHARIFI** or any information to allow further search. Read the comments below for further details.

**Additional Information pertaining to this Service:**
12/15/2022  4:41 pm  Attempted service at 1967 MEADOW CREST DR., APOPKA, FL 32712,


Lights on inside, no answer
12/23/2022  7:41 am  Attempted service at 1967 MEADOW CREST DR., APOPKA, FL 32712,

Still appears occupied, no answer
12/31/2022  8:16 am  Attempted service at 1967 MEADOW CREST DR., APOPKA, FL 32712,

No activity but still appears occupied
1/4/2023  8:43 am  Attempted service at 2600 LAKE LUCIEN DR, #109, MAITLAND, FL 32751,

Tried the work address and nobody at the reception desk, there is a doorbell but nobody responded to it
1/4/2023  6:19 pm  Attempted service at 1967 MEADOW CREST DR., APOPKA, FL 32712,

Light on inside but didnt look like anyone was home
1/5/2023  11:15 am  Non served per client.

## RETURN OF NON-SERVICE For 6:22-CV-01756-RBD-DAB

I certify that I am over the age of 18, have no interest in the above action, and am a Certified and/or Special Process Server, in good standing, in the judicial circuit in which the process was served.

_____
**Brock Jansen**
CPS #360

**VERITEXT LEGAL SOLUTIONS**
**633 East Colonial Drive**
**Orlando, FL 32803**
**(407) 898-4200**

Our Job Serial Number: MIE-2022006925
Ref: 5605665-2

# RETURN OF NON-SERVICE
## UNITED STATES DISTRICT COURT
### Middle District of Florida

Case Number: 6:22-CV-01756-RBD-DAB

Plaintiffs: **ALEXA KLINAKIS, JORDAN KRAVETZKY, NICOLE WHITE, ANRICH BEKKER, MATEO VELEZ, LANEY HEIDRICH, CLAUDIA RODRIGUEZ, ERIC TAYLOR, and ANGIE CIPRIANO on behalf of themselves and as representatives of other class and collective action members similarly situated**

vs.

Defendants: **ALTUS JOBS, LLC, and SAUM DUSTIN SHARIFI**



For:
VERITEXT LEGAL SOLUTIONS
633 East Colonial Drive
Orlando, FL 32803

Received by VERITEXT LEGAL SOLUTIONS on the 30th day of November, 2022 at 5:56 pm to be served on **ALTUS JOBS, LLC C/O REGISTERED AGENT: SAUM SHARIFI, 2600 LAKE LUCIEN DR., #109, MAITLAND, FL 32751**.

I, Dana Young, do hereby affirm that on the **5th day of January, 2023** at **11:15 am, I:**

**NON-SERVED** the **Summons in a Civil Action, Plaintiff's First Amended Collective & Class Action Complaint, Plaintiffs Certificate of Interested Persons, Notice of Pendency of Related actions and Initial Order regarding Case Management Deadlines** for the reason that I failed to find **ALTUS JOBS, LLC C/O REGISTERED AGENT: SAUM SHARIFI** or any information to allow further search. Read the comments below for further details.

**Additional Information pertaining to this Service:**
12/6/2022  11:01 am  Attempted service at 2600 LAKE LUCIEN DR., #109, MAITLAND, FL 32751, per employee there's no management or RA on site
1/5/2023  11:15 am  Non served per client.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified and/or Special Process Server, in good standing, in the judicial circuit in which the process was served.

Dana Young
CPS #570

VERITEXT LEGAL SOLUTIONS
633 East Colonial Drive
Orlando, FL 32803
(407) 898-4200

Our Job Serial Number: MIE-2022006738
Ref: 5605665-1

Copyright © 1992-2023 Database Services, Inc. - Process Server's Toolbox V8.2i

# **RETURN OF NON-SERVICE**
## UNITED STATES DISTRICT COURT
## Middle District of Florida

Case Number: 6:22-CV-01756-RBD-DAB

Plaintiffs: **ALEXA KLINAKIS, JORDAN KRAVETZKY, NICOLE WHITE, ANRICH BEKKER, MATEO VELEZ, LANEY HEIDRICH, CLAUDIA RODRIGUEZ, ERIC TAYLOR, and ANGIE CIPRIANO on behalf of themselves and as representatives of other class and collective action members similarly situated**
vs.
Defendants: **ALTUS JOBS, LLC, and SAUM DUSTIN SHARIFI**


2022006737

For:
VERITEXT LEGAL SOLUTIONS
633 East Colonial Drive
Orlando, FL 32803

Received by VERITEXT LEGAL SOLUTIONS on the 30th day of November, 2022 at 5:56 pm to be served on **SAUM SHARIFI INDIVIDUALLY, 1967 MEADOW CREST DR., APOPKA, FL 32712**

I, Brock Jansen, do hereby affirm that on the **5th day of January, 2023** at **11:15 am, I:**

**NON-SERVED** the **Summons in a Civil Action, Plaintiff's First Amended Collective & Class Action Complaint, Plaintiffs Certificate of Interested Persons, Notice of Pendency of Related actions and Initial Order regarding Case Management Deadlines** for the reason that I failed to find **SAUM SHARIFI INDIVIDUALLY** or any information to allow further search. Read the comments below for further details.

**Additional Information pertaining to this Service:**
12/5/2022  7:31 am  Attempted service at 1967 MEADOW CREST DR., APOPKA, FL 32712,

Trash out, lights on inside
12/15/2022  4:41 pm  Attempted service at 1967 MEADOW CREST DR., APOPKA, FL 32712,


Lights on inside, no answer
12/23/2022  7:41 am  Attempted service at 1967 MEADOW CREST DR., APOPKA, FL 32712,

Still appears occupied, no answer
12/31/2022  8:16 am  Attempted service at 1967 MEADOW CREST DR., APOPKA, FL 32712,

No activity but still appears occupied
1/4/2023  8:43 am  Attempted service at 2600 LAKE LUCIEN DR, #109, MAITLAND, FL 32751,

Tried the work address and nobody at the reception desk, there is a doorbell but nobody responded to it
1/4/2023  6:19 pm  Attempted service at 1967 MEADOW CREST DR., APOPKA, FL 32712,

Light on inside but didnt look like anyone was home
1/5/2023  11:15 am  Non served per client.

## RETURN OF NON-SERVICE For 6:22-CV-01756-RBD-DAB

I certify that I am over the age of 18, have no interest in the above action, and am a Certified and/or Special Process Server, in good standing, in the judicial circuit in which the process was served.

**Brock Jansen**
CPS #360

**VERITEXT LEGAL SOLUTIONS**
**633 East Colonial Drive**
**Orlando, FL 32803**
**(407) 898-4200**

Our Job Serial Number: MIE-2022006737
Ref: 5605647

# RETURN OF NON-SERVICE
UNITED STATES DISTRICT COURT
Middle District of Florida

Case Number: 6:22-CV-01756-RBD-DAB

Plaintiffs: **ALEXA KLINAKIS, JORDAN KRAVETZKY, NICOLE WHITE, ANRICH BEKKER, MATEO VELEZ, LANEY HEIDRICH, CLAUDIA RODRIGUEZ, ERIC TAYLOR, and ANGIE CIPRIANO on behalf of themselves and as representatives of other class and collective action members similarly situated**

vs.

Defendants: **ALTUS JOBS, LLC, and SAUM DUSTIN SHARIFI**


2022005586

For:
VERITEXT LEGAL SOLUTIONS
633 East Colonial Drive
Orlando, FL 32803

Received by VERITEXT LEGAL SOLUTIONS on the 10th day of October, 2022 at 12:18 pm to be served on **SAUM SHARIFI INDIVIDUALLY, 1967 MEADOW CREST DR., APOPKA, FL 32712**

I, Holly Vicens, do hereby affirm that on the **7th day of November, 2022** at **11:49 am, I:**

**NON-SERVED** the **Summons in a Civil Action, Collective and Class Action Complaint, and Order** for the reason that I failed to find **SAUM SHARIFI INDIVIDUALLY** or any information to allow further search. Read the comments below for further details.

**Additional Information pertaining to this Service:**
10/13/2022  7:04 pm  Attempted service at 1967 MEADOW CREST DR., APOPKA, FL 32712, no answer no noise
11/7/2022  11:49 am  Non served per client.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified and/or Special Process Server, in good standing, in the judicial circuit in which the process was served.

Holly Vicens
CPS #0154

VERITEXT LEGAL SOLUTIONS
633 East Colonial Drive
Orlando, FL 32803
(407) 898-4200

Our Job Serial Number: MIE-2022005586
Ref: 5517602

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2i