UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ALEXA KLINAKIS, JORDAN
KRAVETZKY, NICOLE
WHITE, MATEO VELEZ,
LANEY HEIDRICH,
CLAUDIA RODRIGUEZ,
and ANGIE CIPRIANO, et. al.

    Plaintiffs/Class Representatives

v.                                       Case No.: 6:22-cv-1756-RBD-DAB

ALTUS JOBS, LLC and              PUTATIVE CLASS &
SAUM DUSTIN SHARIFI,           COLLECTIVE ACTION

    Defendants.
_____/

**NOTICE OF FILING AFFIDAVIT OF SERVICE (AS TO DEFENDANT ALTUS JOBS, LLC)**

The undersigned counsel hereby files the following documents in the above referenced case, attached hereto as Exhibit 1.

1. Exhibit 1 - Affidavit of Service as to Defendant Altus Jobs, LLC, notating that the corporate Defendant was served on or about February 23, 2023.

*[Intentionally Left Blank]*

Respectfully submitted,

                éclat Law, PA

                */s/ Jolynn M. Falto*
                Kevin K. Ross-Andino, Esq
                Florida Bar Number 66214
                kevin.ross@eclatlaw.com
                Jolynn M. Falto, Esq
                Florida Bar Number 1002743
                jfalto@eclatlaw.com

                Post Office Box 161850
                Altamonte Springs, FL 32701
                Phone: (407) 636-704
                *Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk of Court this 8th day of March 2023 by using the Federal Case Management/Electronic Case Files System (CM/ECF System). Accordingly, a copy of the foregoing is being served on this day to all attorney(s)/interested parties identified on the CM/ECF Electronic Service List, via transmission of Notices of Electronic Filing generated by the CM/ECF System.

                */s/ Jolynn M. Falto*
                Jolynn M. Falto, Esq.