| | | |
|---|---|---|
| PROCESS RECEIVED: | 2/10/2023  1:37:00PM | |
| RETURN DAYS: | 21 | |
| RETURN DATE: | | |
| SHOW CAUSE DATE: | | |
| WRIT #: | 1262981 | |
| **CIV-SUMMONS** | | |

**Orange County Sheriffs Office
Return of Service**

| | |
|---|---|
| CASE: | 22CV01756 |
| COURT: | CIRCUIT CIVIL |
| COUNTY: | ORANGE |

SERVE TO: ALTUS JOBS, LLC C/O: REGISTERED AGENT: SHARIFI, SA

HOME ADDRESS:

***** DO NOT POST

BUSINESS ADDRESS: 2600 LAKE LUCIEN DR SUITE 109
MAITLAND, FL 32751

MAIL TO: KEVIN K. ROSS-ANDINO, ESQ. AND JOLYNN M. FALTO, ES
307 CRANES ROOST BLVD., SUITE 2010
ALTAMONTE SPRINGS, FLORIDA 32701

| | |
|---|---|
| SERVER: | CO15 |
| ENTERED BY: | MAO |
| FEE CODE: | 22 |
| Fee/Xfee: | $ 40.00 |
| WITNESS FEE: | $ 0.00 |
| OVERPAYMENT: | $ 0.00 |
| LEVY DEPOSIT: | $ 0.00 |

SERVICE INFORMATION: (407) 836-4570 (9AM - 1PM)
PLAINTIFF: ALEXA, KLINAKIS; JORDAN, KRAVETZKY; NICOLE, WHITE; MATEO
DEFENDANT: ALTUS JOBS, LLC; SHARIFI, SAUM DUSTIN
TOTAL AMOUNT DUE:   $ 0.00          Daily Interest:   $ 0.00

SERVED THIS PROCESS AT _1355_, ON _2-23-23_ IN ORANGE COUNTY, FLORIDA, BY:

☐ INDIVIDUAL SERVICE: By delivering to the within named individual a true copy of this process, with any attachments provided, and informing the individual of their contents.

☒ SUBSTITUTE SERVICE: By leaving a true copy of this process, with any attachments provided, and informing the individual of their contents, at the within named person's usual place of abode with a resident fifteen years of age or older to wit:

_Subba_                                            _Management_
Name                                                Relationship

☐ CORPORATE SERVICE By delivering a true copy of this process, with any attachments provided, to:

_____                        _____
Name                                                Title

as President, Vice President, or other head of the corporation; or in their absence, the cashier, treasurer, secretary, or general manager; or in their absence, any officer or business agent residing in the state; or the registered agent; or an employee at the corporation's place

☐ POSTED SERVICE: By attaching a copy of this process, with a copy of any attachments provided, to a conspicuous place on the property described within. Neither the tenant(s) nor a resident 15 years old or older could be found a the tenant's usual place of residence, after 2 attempts, at least 6 hours apart.

☐ OTHER: By delivering a true copy of this process, with any attachments provided, to
_____, as _____.

☐ NON-SERVICE: And hereby return same unserved on: _____ (date) for the reason that after diligent search and inquiry, the within named could not be found in Orange County, Florida, or for reasons specified below:

EXPLANATION:

PLAINTIFF: ALEXA, KLINAKIS; JORDAN, KRAVETZKY; NICOLE, WHITE;
MATEO, VELEZ; LANEY, HEIDRICH; CLAUDIA, RODRIGUEZ; ANGIE, CIPRIANO

_left card w/ IT mgr_

**SERVICE ATTEMPTS**

| Date/Time |
|---|
| 2/15/1030 |
| |
| |
| |

SHERIFF OF ORANGE COUNTY, FLORIDA

OFFICER _Luis Soto_  CO15  ID #

RECEIVED BY

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida ▼

ALEXA KLINAKIS, JORDAN KRAVETZKY, NICOLE WHITE, MATEO VELEZ, LANEY HEIDRICH, CLAUDIA RODRIGUEZ,and ANGIE CIPRIANO on behalf of themselves and as representatives of other class and collective action members similarly situate )
)
)
)
)
*Plaintiff(s)* )
v. )  Civil Action No. 6:22-cv-01756-RBD-DAB
ALTUS JOBS, LLC and SAUM DUSTIN SHARIFI )
)
)
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ALTUS JOBS, LLC

c/o: Registered Agent: Saum Sharifi

2600 Lake Lucien Dr., #109
Maitland, Fl 32751, United States

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kevin K. Ross-Andino, Esq. and Jolynn M. Falto, Esq.
eclat Law, PA
307 Cranes Roost Blvd., Suite 2010
Altamonte Springs, Florida 32701
Ph: 407-636-7004
Fax: (888)-413-0249

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: October 19, 2022

*Nativelis Rodriguez*
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 6:22-cv-01756-RBD-DAB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: