UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ALEXA KLINAKIS, JORDAN KRAVETZKY,
NICOLE WHITE, MATEO VELEZ, LANEY
HEIDRICH, CLAUDIA RODRIGUEZ, and ANGIE
CIPRIANO on behalf of themselves and as representatives
Of other class and collective action members similarly
situated,

   Plaintiffs,         PUTATIVE COLLECTIVE & CLASS
v.                  ACTION LAWSUIT

ALTUS JOBS, LLC, and SAUM DUSTIN  CASE NO.: 6:22-cv-01756-RBD-DAB
SHARIFI,

   Defendants.
_____/

## NOTICE OF LIMITED APPEARANCE OF COUNSEL

Timothy J. Kiley, Esq. and the law firm of Winderweedle, Haines, Ward & Woodman, P.A., file this Limited Notice of Appearance as counsel for Defendant, ALTUS JOBS, LLC, in the above-styled case only in respect to such matters as concern filing a Motion for Extension of Time to Respond to Amended Complaint. The undersigned counsel and this firm are not undertaking to represent Defendant in respect to any other matter in this case. Defendant is currently identifying counsel to substantively represent it in this matter, as detailed in the Motion for Extension of Time to Respond to Amended Complaint.

DATED March 16, 2023.

              By: */s/ Timothy J. Kiley*
                 TIMOTHY J. KILEY
                 Florida Bar No. 044352
                 tkiley@whww.com
                 **WINDERWEEDLE, HAINES, WARD**
                  **& WOODMAN, P.A.**
                 329 Park Avenue North, Second Floor
                 Post Office Box 880

Winter Park, Florida 32790-0880
Telephone: (407) 423-4246
Fax: (407) 645-3728
*Counsel in limited role for Defendant ALTUS JOBS, LLC*

## **CERTIFICATE OF SERVICE**

    I certify that on March 16, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

*/s/ Timothy J. Kiley*
Timothy J. Kiley