UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ALEXA KLINAKIS, JORDAN KRAVETZKY,
NICOLE WHITE, MATEO VELEZ, LANEY
HEIDRICH, CLAUDIA RODRIGUEZ, and ANGIE
CIPRIANO on behalf of themselves and as representatives
Of other class and collective action members similarly
situated,

   Plaintiffs,

v.

ALTUS JOBS, LLC, and SAUM DUSTIN
SHARIFI,

   Defendants.
_____/

PUTATIVE COLLECTIVE & CLASS
ACTION LAWSUIT

CASE NO.: 6:22-cv-01756-RBD-DAB

## DEFENDANT ALTUS JOBS, LLC'S MOTION FOR EXTENSION OF DEADLINE TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and the Court's inherent authority to control its docket, Defendant, ALTUS JOBS, LLC, moves this Court to extend the Defendant's deadline to respond to Plaintiffs' Amended Complaint [Doc. 7] for an additional thirty days, through and including April 17, 2023. Plaintiffs partially oppose the requested extension.

On September 24, 2022, Plaintiffs filed their original Complaint in this case [Doc. 1]. Defendants were not served with, and, therefore, did not respond to the original Complaint. On October 13, 2022, Plaintiffs filed their Amended Complaint [Doc. 7]. On February 23, 2023, Defendant ALTUS JOBS, LLC was served with the Amended Complaint. To date, Defendant SAUM DUSTIN SHARIFI has not been served with the Amended Complaint.

Pursuant to Federal Rule of Civil Procedure 12(a)(1), Defendant's current deadline to respond to the Amended Complaint is March 16, 2023. As that deadline has not yet passed, Rule 6(b)(1)(A) affords this Court discretion to extend the response deadline "good cause."

1

Discretionary extensions "should be liberally granted absent a showing of bad faith . . . or undue prejudice." *Lizarazo v. Miami Dade Corr. & Rehab. Dep't*, 878 F. 3d 1008, 1012 (11th Cir. 2017) (quoting *United States v. Miller Bros. Const. Co.*, 505 F.2d 1031, 1035 (10th Cir. 1974)).

Good cause exists here to allow Defendant ALTUS JOBS, LLC to retain counsel to defend it in the above-styled action and to provide any counsel retained with the opportunity to conduct a careful analysis of the issues raised in the Amended Complaint. This FLSA case involves multiple Plaintiffs and is plead as a putative collective and class action lawsuit. Due to the nuanced issues associated with FLSA claims and the number of parties, an extension of time to respond will promote judicial efficiency and will not prejudice any party.

Accordingly, Defendant, ALTUS JOBS, LLC, respectfully requests an extension through April 17, 2023, which would help the parties work toward a "just, speedy, and inexpensive determination" of this action. Fed. R. Civ. P. 1.

DATED March 16, 2023.

By: */s/ Timothy J. Kiley*
TIMOTHY J. KILEY
Florida Bar No. 044352
tkiley@whww.com
**WINDERWEEDLE, HAINES, WARD & WOODMAN, P.A.**
329 Park Avenue North, Second Floor
Post Office Box 880
Winter Park, Florida 32790-0880
Telephone: (407) 423-4246
Fax: (407) 645-3728
*Counsel in limited role for Defendant ALTUS JOBS LLC*

## **RULE 3.01(g) CERTIFICATION**

The undersigned certifies that he conferred with Plaintiffs' counsel via e-mail and Plaintiffs' counsel agrees to a seven (7) day extension of time, but does not agree to the requested thirty (30) day extension.

## CERTIFICATE OF SERVICE

      I certify that on March 16, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

                                           */s/ Timothy J. Kiley*
                                           Timothy J. Kiley