UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ALEXA KLINAKIS; JORDAN KRAVETZKY; NICOLE WHITE; ANRICH BEKKER; MATEO VELEZ; LANEY HEIDRICH; CLAUDIA RODRIGUEZ; ERIC TAYLOR; and ANGIE CIPRIANO,

    Plaintiffs,

v.

ALTUS JOBS, LLC; and DUSTIN SHARIFI,

    Defendants.

Case No. 6:22-cv-1756-RBD-RMN

## **ORDER**

This cause comes before the Court upon a review of the docket. Defendant Altus Jobs, LLC filed an opposed motion for extension of time to respond the amended complaint the day the response was due. Dkt. 23. Altus Jobs' counsel also filed a "Notice of Limited Appearance" in which counsel explained that neither he nor his firm "are undertaking to represent [Altus Jobs] in respect to any other matter" besides filing the extension motion. Dkt. 22.

First, Altus Jobs' counsel is directed to review the Local Rules for the Middle District of Florida. The Court revised the Local Rules on February 1,

2021. The revised rules are available on the Court's website. Among other matters, the revised rules impose specific typography requirements on pleadings, motions, and other papers. *See* Local Rule 1.08. Neither the motion nor the limited appearance filed by counsel comply with these requirements.

Second, the Local Rules do not authorize limited appearance of counsel. The rules require a party to designate lead counsel in the "first paper filed on behalf of a party" who will "remain[] lead counsel throughout the action." Local Rule 2.02(a). If counsel does not intend to represent Altus Jobs going forward, he must move to withdraw, as required by Local Rule 2.02(c). Furthermore, both counsel and Altus Jobs are advised that a party who "discharges a lawyer must obtain substitute counsel in time to comply with the deadlines," and that a party "no longer represented by counsel must comply with the rules and comply with the deadlines" set in a case. Local Rule 2.02(c)(4).

Lastly, Plaintiffs are encouraged—but not required—to file any opposition to the extension motion that they wish to lodge with the Court before the current March 30, 3023 deadline.

**Done** and **Ordered** in Orlando, Florida on March 17, 2023.

_____
ROBERT M. NORWAY
*United States Magistrate Judge*

Copies furnished to:

Counsel of Record