# EXHIBIT A

IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT IN AND FOR
ORANGE COUNTY, FLORIDA

ERIC TAYLOR,

     Plaintiff,                                   Case No.:  2020-CA-005398-O

v.

ALTUS JOBS, LLC and
SAUM SHARIFI,

     Defendants.

_____/

## PLAINTIFF'S NOTICE OF PENDENCY OF RELATED ACTION

Plaintiff, *Eric Taylor,* hereby provides notice to this Court and the Defendants

of the pendency of a related action to this matter and states as follows:

1.      On September 24, 2022, several former Altus employees filed a

putative collective and class action lawsuit against the two named Defendants in this

matter based on Altus Jobs, LLC's refusal to pay compensation to some 40 to 50

current and former employees of the company, on a similar basis as the Defendants

refused to pay compensation to Eric Taylor.

2.      The putative collective and class action lawsuit is now pending in the

United States District Court for the Middle District of Florida under the caption

*Klinakis, Taylor, White, et. al. vs Altus Jobs, LLC*, et. al., Case No. 6:22-cv-01756-

RBD-DAB.  Attached as ***Exhibit 1*** is a copy of the Complaint filed to commence

this action.

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that the foregoing was filed with the Clerk of the Court this 27th day of September 2022 by using the Florida Courts E-Filing Portal System. Accordingly, a copy of the foregoing is being served on this day to all attorney(s)/interested parties identified on the ePortal Electronic Service List, via transmission of Notices of Electronic Filing generated by the ePortal System.

Respectfully submitted,

<u>/s/   Kevin K. Ross-Andino</u>

**éclat Law, P.A.**
*Attorneys for Plaintiff*
307 Cranes Roost Blvd.
Suite 2010
Altamonte Springs, Florida 32701
Office: (407) 636-7004
Facsimile: (888) 413- 0249
Email: kevin.ross@eclatlaw.com

***Kevin K. Ross-Andino, FBN 66214***
kevin.ross@eclatlaw.com
***Jolynn M. Falto-Tomas, FBN 1002743***
Jfalto@eclatlaw.com
***Nikki J. Pappas, FBN 126355***
nikki.pappas@eclatlaw.com
***Crisol Lopez-Palafox, FBN 1031282***
crisol.lopezpalafox@eclatlaw.com