# EXHIBIT B



















































