# EXHIBIT D

| Region: | CSA: | Grid: | | | | For the public: | Yes | Agency Report #: |
|---|---|---|---|---|---|---|---|---|
| ER | 53 | | **OFFENSE REPORT** | | | Juvenile: | No | 202200005666 |
| Agency ORI: FL0590000 | | | **Seminole County Sheriff`s Office** | | | Domestic Violence: | No | Event #: |
| | | | **Public Version** | | | Dating Violence: | No | 20222761581 |

| Reported Day/Date: | Time Dispatched: | Time Arrived: | Time Completed: | Date Occurred From: | Date Occurred To: |
|---|---|---|---|---|---|
| Mon 10/3/2022 12:38 | 10/3/2022 12:38 | 10/3/2022 12:45 | 10/3/2022 14:33 | Mon 10/3/2022 0:01 | Mon 10/3/2022 13:06 |

| Subdivision: | Forced Entry: | Occupancy: | Type of Weapon: | Location Type: | Municipality: |
|---|---|---|---|---|---|
| ▮ | N/A | ▮ | BLUNT INSTRUMENT | ▮ | ▮ |

| Incident Address: | Dispatch Address: |
|---|---|
| ▮ | ▮ |

| #Offenses: | #Victims: | #Offenders: | #Prem. Ent: | #Arrested: | Drug Related: | Alcohol Related: | Call Disposition: | Signal Code: | Clearance: |
|---|---|---|---|---|---|---|---|---|---|
| 01 | 01 | 01 | 0 | 00 | N | N | I | 49OR | Inactive |

### OFFENSES SECTION

| Off# | Description | Statute# | UCR | Ordinance | Attempt/Commit | Warrant # | DVR | Drug Activity |
|---|---|---|---|---|---|---|---|---|
| 1 | DAMAGE PROP-CRIM MISCH 1000 DOLS OR MORE | 806.131b3 | 2900 | No | C | | No | N/A |

Drug Type: **N/A**

| Region: | CSA: | Grid: | **OFFENSE REPORT** | For the public: | Yes | Agency Report #: |
|---|---|---|---|---|---|---|
| ER | 53 | | Seminole County Sheriff`s Office | Juvenile: | No | 202200005666 |
| Agency ORI: | FL0590000 | | Public Version | Domestic Violence: | No | Event #: |
| | | | | Dating Violence: | No | 20222761581 |

## PERSON SECTION

**VICTIM**

Name:  R/S:  DOB:  or Age:  Offense Indicator:
Adult/Juvenile:  SSN:  Hgt:  Wgt:  Hair:  Eyes:  DL#:  DL State:
Person Type: **VICTIM- ADULT**  City of Birth:  Place of Birth:
Address:  Phone:
Email:  Cell Phone:
OthPhone1:  OthPhone2:
NOK:  NOK:
NOK Address:  NOK Phone:
Emp. Address:  Job:  Bus. Phone:
Comments:

Relationship:
Foul Play Suspected: **False**
Extent of Injuries: **None**
Injury 1:
Injury 2:

**SUSPECT**

Name: **SHARIFI, SAUM DUSTIN**  R/S: **W/M**  DOB:  or Age:  Offense Indicator:
Adult/Juvenile: **A**  SSN:  Hgt:  Wgt:  Hair:  Eyes:  DL#:  DL State:
Person Type: **SUBJECT**  City of Birth:  Place of Birth:
Address:  Phone:
Email:  Cell Phone:
OthPhone1:  OthPhone2:
NOK:  NOK:
NOK Address:  NOK Phone:
Emp. Address: **2600 LAKE LUCIEN DR #109  MAITLAND, FL 32751**  Job: **OWNER**  Bus. Phone:
Comments:
Relationship:  OBTS#:  FBI#:
State#:  Local#:  Misc Id:  Other Id:

**SUSPECT**

Name: **UNKNOWN, UNKNOWN**  R/S: **W/M**  DOB:  or Age: 1
Adult/Juvenile: **A**  SSN:  Hgt:  Wgt:  Hair:  Eyes:  DL#:  DL State:
Person Type: **SUSPECT**  City of Birth:  Place of Birth:
Address:  Phone:
Email:  Cell Phone:
OthPhone1:  OthPhone2:
NOK:  NOK:
NOK Address:  NOK Phone:
Emp. Address:  Job:  Bus. Phone:
Comments:
Relationship:  OBTS#:  FBI#:
State#:  Local#:  Misc Id:  Other Id:

## PROPERTY

Owner:

Item#: **1**  Offense#: **1**  Details: **SHATTERED & BUSTED OUT REAR WINDOW OF VEHICLE**  Est Value: **$500.00**
Qty: **1**  Units: **1**  Serial#:  Owner#:  NCIC: **WMILL**
Model:  Brand:  Evidence Tag:  Size:  Color:  Theft Type: **Other**
Status: **Other**  Damage: **Criminal Mischief**  Recovered Date:  Rec. Value: **$0.00**

PCN:  NIC:
Property Narrative:

| Region: | CSA: | Grid: | **OFFENSE REPORT** | For the public: | Yes | Agency Report #: |
|---|---|---|---|---|---|---|
| ER | 53 | | **Seminole County Sheriff`s Office** | Juvenile: | No | 202200005666 |
| | | | **Public Version** | Domestic Violence: | No | Event #: |
| Agency ORI: FL0590000 | | | | Dating Violence: | No | 20222761581 |

## VEHICLES

Vehicle#: **1**  Offense#: **1**  Status: **9-Other**  Damage: **6 - CRIMINAL MISCHIEF**
Vehicle Type: **01 AUTO**  Year:  Make: **LEXS**  Estimated Value: **$0.00**
Model:  Style: **UT**
VIN:  Color: **WHI**  Veh. Length:  Boat Type:
Tag#:  Tag State:  Decal#:  Tag Year:  Tag Type:
Description: **WHITE LEXUS WITH SHATTERED REAR WINDOW**
Locked: **Y**  Windows Closed: **Y**  Keys in Vehicle: **N**  Property in Vehicle: **N**  Property Tagged: **N**  Located: **N**  Loc. Date:
Insurance Co:  Policy:
Lein Holder:  FCIC/NCIC :
Recovery Date:  Recovery Code:  Recovered Value: **$0.00**
Recovery Geography:  Original Agency:
Recovery Address:
Damaged Amt: **$500.00**  Comp. Stripped:  Theft Method:
Towed Date:  Towed From:  Wrecker:
Towed To:  Reason:
Hold: **No**  Hold Reason:  Hold By:
Notified Date:  Notified Whom:  Notified By:
Release Date:  Released To:  Released By:
Receipt#:  PCN:  NIC:

Vehicle#: **2**  Offense#: **1**  Status: **-**  Damage: **6 - CRIMINAL MISCHIEF**
Vehicle Type: **01 AUTO**  Year:  Make: **DODG**  Estimated Value: **$0.00**
Model: **CHA**  Style:
VIN:  Color: **BLU**  Veh. Length:  Boat Type:
Tag#: **LLR280**  Tag State: **LA**  Decal#:  Tag Year:  Tag Type:
Description: **TAG IS STOLEN, UNREPORTED AS VICTIM IS BEDRIDDEN AND UNABLE TO MAKE REPORT WITH LEO AT THIS TIME.**
Locked:  Windows Closed: **N**  Keys in Vehicle: **N**  Property in Vehicle: **N**  Property Tagged: **N**  Located: **N**  Loc. Date:
Insurance Co:  Policy:
Lein Holder:  FCIC/NCIC :
Recovery Date:  Recovery Code:  Recovered Value: **$0.00**
Recovery Geography:  Original Agency:
Recovery Address:
Damaged Amt: **$0.00**  Comp. Stripped:  Theft Method:
Towed Date:  Towed From:  Wrecker:
Towed To:  Reason:
Hold: **No**  Hold Reason:  Hold By:
Notified Date:  Notified Whom:  Notified By:
Release Date:  Released To:  Released By:
Receipt#:  PCN:  NIC:

| Region: ER | CSA: 53 | Grid: | **OFFENSE REPORT** <br> **Seminole County Sheriff`s Office** <br> **Public Version** | For the public: Yes | Agency Report #: 202200005666 |
|---|---|---|---|---|---|
| Agency ORI: FL0590000 | | | | Juvenile: No <br> Domestic Violence: No <br> Dating Violence: No | Event #: 20222761581 |

## NARRATIVES

| Rpt Date: 10/3/2022 13:16 | Reporter: STARLING, RODERICK ANTHONY   297084 | Clearance: Open | Nar Type: O |
|---|---|---|---|
| Mod By: SCSO\rstarlin | Mod Date: 10/3/2022 16:40 | Related Case # | |

On today's date, 10/03/2022, I responded to ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ in reference to a PROPERTY DAMAGE complaint.

Upon arrival, I met with the complainant/victim, Ms. Alexa Klinakis, who advised me of the following. Upon responding out to her mail she discovered the rear window to her vehicle shattered and partially busted out. Ms. Klinakis further advised after discovering the damage to her vehicle, she immediately commenced to reviewing her Ring camera.

Ms, Klinakis advised, upon reviewing the video, it showed a dark color passenger car parked in front of her residence at 2:43am, today's date. Ms. Klinakis further advised the video then showed an unknown subject, wearing dark clothing & hooded, exiting the passenger side of vehicle and walking straight up to her vehicle, in the driveway.  Ms. Klinakis advised the video then showed the subject striking the rear window of her vehicle multiple times. Ms. Klinakis further advised it addition to seeing the subject striking the window, she also heard the impact of the strikes on the ring video. Ms. Klinakis advised after striking and shattering the window the video then showed the subject throwing eggs at her vehicle. The subject then walked back to the waiting vehicle, entering the vehicle, and leaving the scene. Due to the darkness and the dark color of the vehicle the make of the vehicle could not be determine.

The video did not reveal the subject's face or identity due to the dark clothing and hoodie however, Ms. Klinakis did advise she suspect the subject is her ex-boss, Saum Sharifi, out of retaliation in reference to an ongoing civil court case against Mr. Sharifi. Ms. Klinakis advised since the start of the civil court case she has been receiving numerous, intimidating, text messages from an unknown number, advising her that she has messed with the wrong person and that she will pay for it.  Ms. Klinakis could not confirm that the subject seen in the video is her ex-boss/Mr. Sharifi therefore, it is unknown at this time of a suspect.  Ms. Klinakis advised she will prosecute therefore an Affidavit of prosecution was obtained.

Due to Ms. Klinakis reporting this incident and advising me of the civil case an area patrol of her residence was initiated.  Case # (2022AP002962)

| I swear/affirm the above statements are true and correct: <br> Officer's Signature: <br><br><br> STARLING, RODERICK ANTHONY   297084 <br> Name and Employee # (Printed) | Sworn to and subscribed before me, the undersigned <br><br> authority, this _____ day of _____, in the year_____ <br><br> Name/Title of Person Authorized to Administer Oath. <br> _____ |
|---|---|

## ADMINISTRATIVE SECTION

| Was Crime Scene Processed: **No** | Processed By: | | | | |
|---|---|---|---|---|---|
| Officer Reporting: **297084 STARLING, RODERICK ANTHONY** | | Officer Shift: **A** | Section: **ER** | Unit: **P5311** | Date: **10/03/2022** |
| Reviewed By: **101030 CONKLIN, ANDREW L** | | Review Date: **10/04/2022** | | Routed to: **ER** | |
| Assigned To: **398036 RENNISH, DAVID** | | Assigned Date: **10/06/2022** | | Assigned Dept: **INV-E** | |
| Clearance: **Inactive** | | Clearance Date: **11/30/2022** | | Referred To: | |
| Comments: **UNKNOWN SUBJECT SHATTERED AND BUSTED OUT REAR WINDOW OF COMPLAINANT`S VEHICLE** | | | | | |

# AREA PATROL REPORT
## Seminole County Sheriff`s Office
## Public Version

| Region: ER | CSA: 53 | Grid: | | For the public: Yes | Agency Report #: 2022AP002962 |
|---|---|---|---|---|---|
| | | | | Juvenile: No | |
| Agency ORI: FL0590000 | | | | Domestic Violence: No | Event #: 20222761581 |
| | | | | Dating Violence: No | |

| Reported Day/Date: | Time Dispatched: | Time Arrived: | Time Completed: | Date Occurred From: | Date Occurred To: |
|---|---|---|---|---|---|
| Mon 10/3/2022 12:38 | 10/3/2022 12:38 | 10/3/2022 12:45 | 10/3/2022 14:33 | Mon 10/3/2022 12:38 | Mon 10/3/2022 14:06 |

| Subdivision: | Forced Entry: No | Occupancy: | Type of Weapon: BLUNT INSTRUMENT | Location Type: | Municipality: |
|---|---|---|---|---|---|

| Incident Address: | | | Dispatch Address: | | |
|---|---|---|---|---|---|

| #Offenses: 01 | #Victims: 00 | #Offenders: 00 | #Prem. Ent: 0 | #Arrested: 00 | Drug Related: N | Alcohol Related: N | Call Disposition: I | Signal Code: 49OR | Clearance: Inactive |
|---|---|---|---|---|---|---|---|---|---|

## OFFENSES SECTION

| Off# | Description | Statute# | UCR | Ordinance | Attempt/Commit | Warrant # | DVR | Drug Activity |
|---|---|---|---|---|---|---|---|---|
| 1 | HOUSE WATCH | 7777777777 | 9802 | No | C | | No | N/A |

Drug Type: N/A

## PERSON SECTION

Name: **KLINAKIS, ALEXA RENE**   R/S:   DOB:   or Age:   Offense Indicator:
Adult/Juvenile: **A**   SSN:   Hgt:   Wgt:   Hair:   Eyes:   DL#:   DL State:
Person Type: **REPORTING PER-ADULT**   City of Birth:   Place of Birth:
Address:   Phone:
Email:   Cell Phone:
OthPhone1:   OthPhone2:
NOK:   NOK:   NOK Phone:
NOK Address:
Emp. Address:   Job:   Bus. Phone:
Comments:

## NARRATIVES

| Rpt Date: 10/3/2022 14:10 | Reporter: STARLING, RODERICK ANTHONY   297084 | Clearance: Open | Nar Type: O |
|---|---|---|---|
| Mod By: SCSO\rstarlin | Mod Date: 10/3/2022 16:23 | Related Case #: 202200005666 | |

PER THE CALLER OCCRD ABOUT 0230 THIS MORNING
2022/10/03 12:36:50 P1808 1056 COMPL POSS KNOWN SUBJ CAME BY THE RESD LAST NIGHT & SMASHED HER WINDSHIELD...CALLER HAS S75 OF THE VEH PULLING UP

**** INTIMIDATION FROM EX-BOSS (SAUM SHARIFIIN) REF: TO AN ONGOING CIVIL COURT CASE ***

SUBJECT PROB. DRIVES AN UNKNOWN DARK COLOR PC

I swear/affirm the above statements are true and correct:
Officer's Signature:

Sworn to and subscribed before me, the undersigned
authority, this _____ day of _____, in the year _____

STARLING, RODERICK ANTHONY   297084
Name and Employee # (Printed)

Name/Title of Person Authorized to Administer Oath.

| Region: ER | CSA: | Grid: 53 | AREA PATROL REPORT<br>Seminole County Sheriff`s Office<br>Public Version | For the public: Yes<br>Juvenile: No<br>Domestic Violence: No<br>Dating Violence: No | Agency Report #:<br>2022AP002962<br>Event #:<br>20222761581 |
|---|---|---|---|---|---|
| Agency ORI: FL0590000 | | | | | |

| Rpt Date: | 10/4/2022 05:24 | Reporter: | STARLING, RODERICK ANTHONY    297084 | Clearance: | Open | Nar Type: | S |
|---|---|---|---|---|---|---|---|
| Mod By: | SCSO\rstarlin | Mod Date: | 10/4/2022 05:25 | Related Case # | | | |

Area patrol conducted of residence with nothing suspicious observed.

I swear/affirm the above statements are true and correct:
Officer's Signature:

STARLING, RODERICK ANTHONY    297084
Name and Employee # (Printed)

Sworn to and subscribed before me, the undersigned
authority, this _____ day of _____, in the year_____
Name/Title of Person Authorized to Administer Oath.

| Rpt Date: | 10/4/2022 16:40 | Reporter: | STARLING, RODERICK ANTHONY    297084 | Clearance: | Open | Nar Type: | S |
|---|---|---|---|---|---|---|---|
| Mod By: | SCSO\rstarlin | Mod Date: | 10/4/2022 16:50 | Related Case # | 2022AP002962 | | |

Case # 2022cj 018285. Suspicious vehicle was observed earlier by Ms. Klinakis (Light Blue DODGE CHARGER) driving by her residence extremely slow. After speaking to Det. Rennish it appears that this vehicle is involved in reference to the other cases.

STARLING, RODERICK ANTHONY    297084
Name and Employee # (Printed)

| Rpt Date: | 10/4/2022 20:04 | Reporter: | PRICE, CHASE A    122022 | Clearance: | Open | Nar Type: | A |
|---|---|---|---|---|---|---|---|
| Mod By: | SCSO\cprice | Mod Date: | 10/4/2022 20:04 | Related Case # | | | |

On the above time and date, I conducted an area patrol. Nothing suspicious was seen or heard.

PRICE, CHASE A    122022
Name and Employee # (Printed)

| Rpt Date: | 10/5/2022 10:41 | Reporter: | CORBITT, JARED L    120032 | Clearance: | Open | Nar Type: | A |
|---|---|---|---|---|---|---|---|
| Mod By: | SCSO\jcorbitt | Mod Date: | 10/5/2022 10:41 | Related Case # | | | |

Area patrol conducted. Nothing suspicious observed.

CORBITT, JARED L    120032
Name and Employee # (Printed)

| Rpt Date: | 10/7/2022 06:08 | Reporter: | STARLING, RODERICK ANTHONY    297084 | Clearance: | Open | Nar Type: | S |
|---|---|---|---|---|---|---|---|
| Mod By: | SCSO\rstarlin | Mod Date: | 10/7/2022 06:09 | Related Case # | | | |

A/P conducted with nothing suspicious observed

STARLING, RODERICK ANTHONY    297084
Name and Employee # (Printed)

| Rpt Date: | 10/8/2022 07:24 | Reporter: | STARLING, RODERICK ANTHONY    297084 | Clearance: | Open | Nar Type: | S |
|---|---|---|---|---|---|---|---|
| Mod By: | SCSO\rstarlin | Mod Date: | 10/8/2022 07:25 | Related Case # | | | |

A/P conducted with nothing to report

STARLING, RODERICK ANTHONY    297084
Name and Employee # (Printed)

# AREA PATROL REPORT
## Seminole County Sheriff`s Office
## Public Version

| Region: ER | CSA: 53 | Grid: | | For the public: Yes | Agency Report #: |
|---|---|---|---|---|---|
| | | | | Juvenile: No | 2022AP002962 |
| Agency ORI: FL0590000 | | | | Domestic Violence: No | Event #: |
| | | | | Dating Violence: No | 20222761581 |

| Rpt Date: 10/8/2022 21:10 | Reporter: EDOUARD, WENDY 120157 | Clearance: Open | Nar Type: A |
|---|---|---|---|
| Mod By: SCSO\wedouard | Mod Date: 10/8/2022 21:11 | Related Case # | |

**A/P conducted with nothing to report**

I swear/affirm the above statements are true and correct:
Officer's Signature:

EDOUARD, WENDY 120157
Name and Employee # (Printed)

Sworn to and subscribed before me, the undersigned authority, this _____ day of _____, in the year_____

Name/Title of Person Authorized to Administer Oath.

| Rpt Date: 10/9/2022 07:51 | Reporter: STARLING, RODERICK ANTHONY 297084 | Clearance: Open | Nar Type: S |
|---|---|---|---|
| Mod By: SCSO\rstarlin | Mod Date: 10/9/2022 07:57 | Related Case # | |

**A/P conducted with nothing to report.**

STARLING, RODERICK ANTHONY 297084
Name and Employee # (Printed)

| Rpt Date: 10/11/2022 03:59 | Reporter: MULLIS, ALEXANDRIA L 121071 | Clearance: Open | Nar Type: A |
|---|---|---|---|
| Mod By: SCSO\amullis | Mod Date: 10/11/2022 04:00 | Related Case # | |

**Area patrol conducted, nothing suspicious seen at this time.**

MULLIS, ALEXANDRIA L 121071
Name and Employee # (Printed)

| Rpt Date: 10/11/2022 06:35 | Reporter: CORBITT, JARED L 120032 | Clearance: Open | Nar Type: A |
|---|---|---|---|
| Mod By: SCSO\jcorbitt | Mod Date: 10/11/2022 06:35 | Related Case # | |

**Area patrol conducted. Nothing suspicious observed.**

CORBITT, JARED L 120032
Name and Employee # (Printed)

| Rpt Date: 10/12/2022 01:05 | Reporter: MULLIS, ALEXANDRIA L 121071 | Clearance: Open | Nar Type: A |
|---|---|---|---|
| Mod By: SCSO\amullis | Mod Date: 10/12/2022 01:12 | Related Case # | |

**Area patrol conducted. Nothing suspicious observed.**

MULLIS, ALEXANDRIA L 121071
Name and Employee # (Printed)

| Rpt Date: 10/13/2022 03:11 | Reporter: GUSTAFSON, ZACHARY D 120035 | Clearance: Open | Nar Type: A |
|---|---|---|---|
| Mod By: SCSO\zgustafs | Mod Date: 10/13/2022 03:11 | Related Case # | |

**Area patrol conducted. Nothing suspicious observed.**

GUSTAFSON, ZACHARY D 120035
Name and Employee # (Printed)

| Region: ER | CSA: 53 | Grid: | AREA PATROL REPORT Seminole County Sheriff`s Office Public Version | For the public: Yes Juvenile: No Domestic Violence: No Dating Violence: No | Agency Report #: 2022AP002962 Event #: 20222761581 |
|---|---|---|---|---|---|
| Agency ORI: FL0590000 | | | | | |

| Rpt Date: 10/13/2022 12:13 | Reporter: STARLING, RODERICK ANTHONY  297084 | Clearance: Open | Nar Type: S |
|---|---|---|---|
| Mod By: SCSO\rstarlin | Mod Date: 10/13/2022 12:14 | Related Case # | |
| **A/P conducted with nothing to report** | | | |

I swear/affirm the above statements are true and correct:
Officer's Signature:

STARLING, RODERICK ANTHONY     297084
Name and Employee # (Printed)

Sworn to and subscribed before me, the undersigned authority, this _____ day of _____, in the year _____

Name/Title of Person Authorized to Administer Oath.

| Rpt Date: 10/13/2022 18:02 | Reporter: GUSTAFSON, ZACHARY D  120035 | Clearance: Open | Nar Type: A |
|---|---|---|---|
| Mod By: SCSO\zgustafs | Mod Date: 10/13/2022 18:02 | Related Case # | |
| **Area patrol conducted. Nothing suspicious observed.** | | | |

I swear/affirm the above statements are true and correct:
Officer's Signature:

GUSTAFSON, ZACHARY D     120035
Name and Employee # (Printed)

Sworn to and subscribed before me, the undersigned authority, this _____ day of _____, in the year _____

Name/Title of Person Authorized to Administer Oath.

| Rpt Date: 10/14/2022 12:17 | Reporter: CORBITT, JARED L  120032 | Clearance: Open | Nar Type: A |
|---|---|---|---|
| Mod By: SCSO\jcorbitt | Mod Date: 10/14/2022 12:17 | Related Case # | |
| **Area patrol conducted. Nothing suspicious observed.** | | | |

I swear/affirm the above statements are true and correct:
Officer's Signature:

CORBITT, JARED L     120032
Name and Employee # (Printed)

Sworn to and subscribed before me, the undersigned authority, this _____ day of _____, in the year _____

Name/Title of Person Authorized to Administer Oath.

| Rpt Date: 10/16/2022 03:22 | Reporter: MULLIS, ALEXANDRIA L  121071 | Clearance: Open | Nar Type: A |
|---|---|---|---|
| Mod By: SCSO\amullis | Mod Date: 10/16/2022 03:22 | Related Case # | |
| **Area patrol conducted. Nothing suspicious observed.** | | | |

I swear/affirm the above statements are true and correct:
Officer's Signature:

MULLIS, ALEXANDRIA L     121071
Name and Employee # (Printed)

Sworn to and subscribed before me, the undersigned authority, this _____ day of _____, in the year _____

Name/Title of Person Authorized to Administer Oath.

### ADMINISTRATIVE SECTION

| Was Crime Scene Processed: No | Processed By: | | | | |
|---|---|---|---|---|---|
| Officer Reporting: 297084 STARLING, RODERICK ANTHONY | Officer Shift: A | Section: ER | Unit: P5311 | Date: 10/03/2022 |
| Reviewed By: 101030 CONKLIN, ANDREW L | Review Date: 10/04/2022 | | Routed to: ER | |
| Assigned To: ALL- SHIFTS | Assigned Date: 10/03/2022 | | Assigned Dept: ER | |
| Clearance: Inactive | Clearance Date: | | Referred To: | |
| Comments: HOUSE WATCH UNTIL FURTHER NOTICE | | | | |