# EXHIBIT E















