# EXHIBIT F



# OFFENSE REPORT
## Seminole County Sheriff`s Office
## Public Version

| Region: SR | CSA: 81 | Grid: | | For the public: No | Agency Report #: 202200005657 |
|---|---|---|---|---|---|
| Agency ORI: FL0590000 | | | | Juvenile: No | Event #: |
| | | | | Domestic Violence: No | 20222760754 |
| | | | | Dating Violence: No | |

| Reported Day/Date: | Time Dispatched: | Time Arrived: | Time Completed: | Date Occurred From: | Date Occurred To: |
|---|---|---|---|---|---|
| Mon 10/3/2022 7:57 | 10/3/2022 7:57 | 10/3/2022 8:10 | 10/3/2022 08:47 | Mon 10/3/2022 3:30 | Mon 10/3/2022 7:00 |

| Subdivision: | Forced Entry: N/A | Occupancy: | Type of Weapon: UNKNOWN | Location Type: | Municipality: |
|---|---|---|---|---|---|

**Incident Address:** [redacted]  
**Dispatch Address:** [redacted]

| #Offenses: 01 | #Victims: 01 | #Offenders: 01 | #Prem. Ent: 0 | #Arrested: 00 | Drug Related: U | Alcohol Related: U | Call Disposition: I | Signal Code: 21VOR | Clearance: Inactive |
|---|---|---|---|---|---|---|---|---|---|

## OFFENSES SECTION

| Off# | Description | Statute# | UCR | Ordinance | Attempt/Commit | Warrant # | DVR | Drug Activity |
|---|---|---|---|---|---|---|---|---|
| 1 | DAMAGE PROP-CRIM MISCH OVER 200 DOLS UNDER 1000 DOLS | 806.131b2 | 2900 | No | C | | No | N/A |

Drug Type: **N/A**

## PERSON SECTION

**Name:** SHARIFI, SAUM DUSTIN  
**R/S:** [redacted]  **DOB:** [redacted]  **or Age:**  **Offense Indicator:**  
**Adult/Juvenile:** A  **SSN:**  **Hgt:** [redacted]  **Wgt:** [redacted]  **Hair:**  **Eyes:**  **DL#:** [redacted]  **DL State:** FL  
**Person Type:** SUSPECT  **City of Birth:**  **Place of Birth:**  
**Address:** [redacted]  **Phone:**  
**Email:**  **Cell Phone:**  
**OthPhone1:**  **OthPhone2:**  
**NOK:**  **NOK:**  **NOK Phone:**  
**NOK Address:**  
**Emp. Address:**  **Job:**  **Bus. Phone:**  
**Comments:**  
**Relationship:**  **OBTS#:**  **FBI#:**  
**State#:**  **Local#:**  **Misc Id:**  **Other Id:**

**Name:** TAYLOR, ERIC MICHAEL  
**R/S:** [redacted]  **DOB:** [redacted]  **or Age:**  **Offense Indicator:**  
**Adult/Juvenile:** A  **SSN:**  **Hgt:** [redacted]  **Wgt:** [redacted]  **Hair:** [redacted]  **Eyes:** [redacted]  **DL#:** [redacted]  **DL State:** [redacted]  
**Person Type:** VICTIM- ADULT  **City of Birth:** [redacted]  **Place of Birth:**  
**Address:** [redacted]  **Phone:**  
**Email:**  **Cell Phone:** [redacted]  
**OthPhone1:**  **OthPhone2:**  
**NOK:**  **NOK:**  **NOK Phone:**  
**NOK Address:**  
**Emp. Address:**  **Job:** [redacted]  **Bus. Phone:**  
**Comments:**  
**Relationship:**  
**Foul Play Suspected:** False  
**Extent of Injuries:** None  
**Injury 1:** NOT APPLICABLE  
**Injury 2:**

## IDENTIFIER SECTION

**Name:** SHARIFI, SAUM DUSTIN  
**Identifier:** UNKNOWN / UNKNOWN

# OFFENSE REPORT
## Seminole County Sheriff`s Office
## Public Version

| | |
|---|---|
| Region: SR | For the public: No |
| CSA: 81 | Juvenile: No |
| Grid: | Agency Report #: 202200005657 |
| Agency ORI: FL0590000 | Domestic Violence: No |
| | Event #: 20222760754 |
| | Dating Violence: No |

## LE/BUSINESS SECTION

**Name:** KEE, CHRISTOPHER  
**Contact:**  
**Offense Indicator:** **Other Id:** **Phone#:** **Comments:**  
**Type:** OTHER/LE OFFCR  
**Address:**

## VEHICLES

**Vehicle#:** 1 **Offense#:** 1 **Status:** 9-Other **Damage:** 6 - CRIMINAL MISCHIEF  
**Vehicle Type:** 01 AUTO **Year:** **Make:** **Estimated Value:** $0.00  
**Model:** **Style:**  
**VIN:** **Color:** **Veh. Length:** **Boat Type:**  
**Tag#:** **Tag State:** **Decal#:** **Tag Year:** **Tag Type:**  
**Description:**  
**Locked:** N **Windows Closed:** N **Keys in Vehicle:** N **Property in Vehicle:** N **Property Tagged:** N **Located:** N **Loc. Date:**  
**Insurance Co:** **Policy:**  
**Lein Holder:** **FCIC/NCIC:**  
**Recovery Date:** **Recovery Code:** **Recovered Value:** $0.00  
**Recovery Geography:** **Original Agency:**  
**Recovery Address:**  
**Damaged Amt:** $0.00 **Comp. Stripped:** **Theft Method:**  
**Towed Date:** **Towed From:** **Wrecker:**  
**Towed To:** **Reason:**  
**Hold:** No **Hold Reason:** **Hold By:**  
**Notified Date:** **Notified Whom:** **Notified By:**  
**Release Date:** **Released To:** **Released By:**  
**Receipt#:** **PCN:** **NIC:**

## NARRATIVES

| Rpt Date: 10/3/2022 09:25 | Reporter: PACHECO, MANUEL A   120191 | Clearance: Open | Nar Type: O |
|---|---|---|---|
| Mod By: SCSO\smiller | Mod Date: 10/4/2022 05:53 | Related Case # | |

On October 3rd, 2022 at approximately 0757 hours I was dispatched to 933 Red Fox Rd in reference to vehicle damage.

Upon my arrival, I observed a Grey Mazda 3 bearing ▇▇▇▇▇▇▇▇ with damage to both the front driver's side window and the back driver`s side window. I met with the victim, Eric Taylor, who advised the following;

Eric advised that ▇▇▇▇▇▇▇▇ parked the car last night at approximately 0330 hours and when she went to use the car at approximately 0700 she noticed the damage to the vehicle. The vehicle had 2 broken windows, the hood had scratches, and eggs were smashed on the hood and roof of the car.

Eric advised nothing was missing from the car and mentioned that a $20.00 he left in the car last night was still on the center console.

I asked Eric if he had any problems or issues with anyone that could possibly do this. Eric said he doesn't have any problems with anyone but is going through a lawsuit with his old boss. Eric advised his boss was very disgruntled about the lawsuit going federal.

Eric completed a sworn written statement indicating that he wished to pursue charges and was provided a victims pamphlet.

Through my investigation, I determined that no burglary occurred and it was criminal mischief. I processed the car for latent prints with negative results.

---

I swear/affirm the above statements are true and correct:  
Officer's Signature:

Sworn to and subscribed before me, the undersigned authority, this _____ day of _____, in the year _____

PACHECO, MANUEL A     120191  
Name and Employee # (Printed)

Name/Title of Person Authorized to Administer Oath.

| | | |
|---|---|---|
| Region: SR | CSA: 81 | Grid: |

**OFFENSE REPORT**
**Seminole County Sheriff`s Office**
**Public Version**

Agency ORI: **FL0590000**

For the public: **No**   Agency Report #: **202200005657**
Juvenile: **No**
Domestic Violence: **No**   Event #: **20222760754**
Dating Violence: **No**

## ADMINISTRATIVE SECTION

Was Crime Scene Processed: **Yes**   Processed By: **120191 PACHECO, MANUEL A**
Officer Reporting: **120191 PACHECO, MANUEL A**   Officer Shift: **A**   Section: **SR**   Unit: **P8211**   Date: **10/03/2022**
Reviewed By: **101054 Miller, Shannon**   Review Date: **10/04/2022**   Routed to: **SR**
Assigned To: **118029 KEE, CHRISTOPHER**   Assigned Date: **10/04/2022**   Assigned Dept: **SR**
Clearance: **Inactive**   Clearance Date: **10/03/2022**   Referred To:
Comments: **CRIMINAL MISCHIEF**