# EXHIBIT H





















