UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ALEXA KLINAKIS, JORDAN KRAVETZKY,
NICOLE WHITE, MATEO VELEZ, LANEY HEIDRICH,
CLAUDIA RODRIGUEZ, and ANGIE CIPRIANO
on behalf of themselves and as representatives of other class
and collective action members similarly situated,

    Plaintiffs,

v.                                                        Case No.: 6:22-cv-01756-RBD-DAB

ALTUS JOBS, LLC, and
SAUM DUSTIN SHARIFI

    Defendants.
_____/

### ORDER GRANTING PLAINTIFFS' EMERGENCY MOTION FOR PRELIMINARY INJUNCTION AND/ OR TEMPORARY RESTRAINING ORDER

**THIS CAUSE** having come before the Court upon Plaintiffs' Emergency Motion for Preliminary Injunction and/ or Temporary Restraining Order, and being otherwise fully advised on the premises, it is hereby ORDERED AND ADJUDGED:

1. Plaintiffs' Emergency Motion for Preliminary Injunction and/ or Temporary Restraining Order is GRANTED;

2. The Defendants, SAUM D. SHARIFI and ALTUS JOBS, LLC (collectively referred to as "Defendants"), including their agents, representatives, and/ or all other persons acting in active concert or participation with them, who receive actual notice of this Order by personal service or otherwise, are hereby enjoined and restrained from:

1

A. Harassing, threatening, or intimidating the Plaintiffs, members of the putative class,[1] witnesses in this case, including, but not limited to, Eric Taylor and Anrich Bekker, Plaintiffs' Counsel, relatives of Plaintiffs' counsel, and employees of éclat Law (collectively referred to as the "Protected Individuals");

B. Communicating directly with the Plaintiffs, members of the putative class, the Plaintiffs' witnesses in this case, and relatives of Plaintiffs' counsel;[2]

C. Coming within 500 feet of the residence of any of the Protected Individuals;

D. Coming within 500 feet of éclat Law without the express invitation of Plaintiffs' Counsel;

E. Causing bodily harm to any of the Protected Individuals; and

F. Damaging tangible property belonging to any of the Protected Individuals.

---

[1] The putative class is defined as all former and current employees who worked for Altus any time from 2017 to present, who, consistent with Altus' website, were recruiters/sales people recruiting talent for clients on behalf of Altus Jobs, LLC and were not compensated their A) statutory minimum wage for all hours worked per week during one (1) or more weeks, and/or B) were not compensated time-and-a-half for all hours worked in excess of forty (40) hours, and/or C) were not fully compensated monies owed to them for work performed on behalf of Altus Jobs, LLC, and D) experienced employment retaliation at the hands of Altus Jobs, LLC and/ or Defendant, Saum Sharifi. *See* DE-7, pp. 10-11.

[2] This includes calling, texting, e-mailing, and all in-person and electronic communications. If Defendants wish to communicate with the Plaintiffs, all communications shall be directed towards Plaintiffs' undersigned counsel, through Defendant(s)' current or future counsel.

**DONE AND ORDERED**, in chambers, in Orlando, Florida, this \_\_\_ day of _____, 2023.

_____
**ROBERT M. NORWAY**
*United States Magistrate Judge*