UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ALEXA KLINAKIS, JORDAN KRAVETZKY, NICOLE WHITE, MATEO VELEZ, LANEY HEIDRICH, CLAUDIA RODRIGUEZ, and ANGIE CIPRIANO,

    Plaintiffs,

v.

Case No. 6:22-cv-01756-RBD-DAB

ALTUS JOBS, LLC, and SAUM DUSTIN SHARIFI

    Defendants.
_____/

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.07(c), I certify that the above-styled action is related to pending or closed civil or criminal case(s) previously filed in this Court, or any other federal or state court, or administrative agency as indicated below:

    Jordan Kravetzky vs. Sharifi, Saum et al. Case No.: 2020-CA-005380-O (closed, no longer pending).

    Laney Heidrich vs. Sharifi, Saum et al. Case No.: 2020-CA-005381-O (closed, no longer pending).

    Mateo Velez vs. Sharifi, Saum et al. Case No.: 2020-CA-005432-O (closed, no longer pending).

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated this 5th day of April, 2023.

Respectfully submitted,

SPIRE LAW, PLLC
2572 W. State Road 426, Suite 2088
Oviedo, Florida 32765

By: */s/ Jesse I. Unruh*
Jesse I. Unruh, Esq.
Florida Bar No. 93121
jesse@spirelawfirm.com
marcela@spirelawfirm.com
filings@spirelawfirm.com
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of April, 2023, the foregoing was electronically filed with the Court by using the CM/ECF portal, which will send a notice of electronic filing to all counsel of record.

*/s/ Jesse I. Unruh*
Attorney