# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

ALEXA KLINAKIS, JORDAN
KRAVETZKY, NICOLE WHITE,
MATEO VELEZ, LANEY
HEIDRICH, CLAUDIA
RODRIGUEZ and ANGIE
CIPRIANO,

    Plaintiff,

v.                                            Case No:   6:22-cv-1756-RBD-RMN

ALTUS JOBS, LLC and SAUM
DUSTIN SHARIFI,

    Defendant.

_____

## ORDER

On October 3, 2022, the Court issued its standard Initial Order. (Doc. 5). Among other things, the Order directed each party to file a Certificate of Interested Persons and Corporate Disclosure Statement within fourteen days of the date of the order or the date of first appearance. (Doc. 5, p. 1-2.) The Defendants have yet to submit the filing, even though the deadline has passed.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that on or before **May 16, 2023,** the Defendants are **DIRECTED** to file a Certificate of Interested Persons and Corporate Disclosure Statement to comply with the Court's Order (Doc. 5).

**DONE AND ORDERED** in Chambers in Orlando, Florida, on May 3, 2023.

ROY B. DALTON JR.
United States District Judge