UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ALEXA KLINAKIS,
JORDAN KRAVETZKY,
NICOLE WHITE,
MATEO VELEZ,
LANEY HEIDRICH,
CLAUDIA RODRIGUEZ,
and ANGIE CIPRIANO,
on behalf of themselves and
as representatives of other class
and collective action members
similarly situated,

                                              Case No.: 6:22-cv-01756-RBD-RMN

    Plaintiffs,
v.

ALTUS JOBS, LLC, and
SAUM DUSTIN SHARIFI

    Defendants
_____/

## JOINT REPORT REGARDING SETTLEMENT

The Parties, by and through their undersigned counsel and pursuant to this Court's FLSA Scheduling Order (Doc. 35), hereby file this Joint Report regarding the settlement conference that took place on June 23, 2023, the conference was held at Plaintiff's counsel's offices and attended by Jesse I. Unruh Esq. and Jolynn M. Falto-Tomas, Esq.  The parties have not settled but wish to continue settlement discussions for three weeks up to and including August 2, 2023.  Counsel for the

Parties suggest that this additional time may provide for more meaningful settlement discussions.

Respectfully submitted this 12th day of July, 2023.

<div style="display: flex;">

*By: /s/ Jesse I. Unruh*
Jesse I. Unruh, Esq.
Florida Bar No. 93121
SPIRE LAW, PLLC
2752 W. State Road 426, Suite 2088
Oviedo, Florida 32765
Telephone: (407) 494-0135
jesse@spirelawfirm.com
marcela@spirelawfirm.com
filings@spirelawfirm.com

*Attorneys for Defendant*

*By: Jolynn M. Falto*
Kevin K. Ross-Andino, FBN 66214
kevin.ross@eclatlaw.com
Jolynn M. Falto, FBN 1002743
jfalto@eclatlaw.com
Nicola J. Pappas, FBN 126355
nikki.pappas@eclatlaw
Crisol Lopez Palafox, FBN 1031282
crisol.lopezpalafox@eclatlaw.com
éclat Law, PA
307 Cranes Roost Blvd. Suite 2010
Altamonte Springs, Florida 32701
Phone: (407) 636-7004
Counsel for Plaintiffs and the
class/collective action members.

</div>

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of July, 2023, the foregoing was electronically filed with the Court by using the CM/ECF portal, which will send a notice of electronic filing to all counsel of record.

*/s/ Jesse I. Unruh*
Attorney