UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ALEXA KLINAKIS, et. al.,

    Plaintiffs,

                                  PUTATIVE COLLECTIVE & CLASS
                                      ACTION LAWSUIT

v.                                  Case No.: 6:22-cv-01756-RBD-DAB

ALTUS JOBS, LLC, and SAUM DUSTIN
SHARIFI,

    Defendants.
_____/

**LEAD PLAINTIFFS' STATUS REPORT AND REQUEST FOR CASE MANAGEMENT CONFERENCE**

Lead Plaintiffs, through undersigned trial counsel, provide the following report and statement to the Court in compliance with [DE-63], and respectfully request that the Court schedule a twenty (20) minute case management conference for the purpose of establishing a date for trial and the attendant pretrial milestones for the parties to complete discovery and similar matters:

1.     Despite the best efforts of trial counsel, the parties are not able to reach an accord concerning the dates for significant events in this case such as trial, the date for filing for class certification, discovery deadlines, along with other customary matter that would be included in the Court's standard Case Management Report.

1

2. The most significant difference of opinion is a date for trial – Lead Plaintiffs are of the opinion that this case should be set for trial in December 2023 / January 2024, while the Defendants want to set a trial date towards the fourth quarter of 2024, and possible into early 2025, which Lead Plaintiffs believe is unacceptable given the simplicity of the issues presented in this case.

3. While there are other issues of dissent between the parties, the date for trial is the issue that engenders the prevalent obstacle for reaching an accord about the remaining issues and dates.[1] Additionally, Defendants have recently advised they are evaluating a counterclaim in this matter; it is Plaintiffs' belief that Defendants' purported evaluation of a counterclaim is asserted as another means to delay the trial of this matter, particularly if the counterclaim relates to a purported non-compete issue - any counterclaims within class action matters are highly disfavored by the court, are generally inappropriate in class action matters, and would be time barred or are effectively waived. Defendants disagree.

4. Lead Plaintiffs lack confidence that continued dialogue between counsel will be fruitful unless the Court intervenes to guide the process and reconcile the differing opinions of the parties (and not the lawyers themselves) to enable the Court to enter a

---

[1] Although Defense counsel has proposed a person to mediate this case that Lead Plaintiffs are amenable to, given the history trial counsel has had with mediating cases with these Defendants, coupled with the issues that were raised during the hearing on March 20 before United States Magistrate Judge Robert N. Norway, Lead Plaintiffs are of the opinion that the appointment of a United States Magistrate Judge to oversee a Settlement Conference would be most prudent in this circumstance to ensure that participation is conducted in good faith.

scheduling order that will enable these parties to move this case forward on a swift and efficient path towards closure.

5.      As a result, Lead Plaintiffs respectfully request that this Court schedule a brief Case Management Conference at the Court's convenience within the next several days to bring closure to this issue.


Respectfully submitted,

                                                 éclat Law, PA

*/s/ Jolynn M. Falto*
Kevin K. Ross-Andino, Esq.
Florida Bar Number 66214
kevin.ross@eclatlaw.com
Jolynn M. Falto, Esq.
Florida Bar Number 1002743
jfalto@eclatlaw.com

Post Office Box 161850
Altamonte Springs, FL 32701
Phone: (407) 636-704

*Counsel for Plaintiffs*

3

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk of Court this 1st day of September 2023 by using the Federal Case Management/Electronic Case Files System (CM/ECF System). Accordingly, a copy of the foregoing is being served on this day to all attorney(s)/interested parties identified on the CM/ECF Electronic Service List, via transmission of Notices of Electronic Filing generated by the CM/ECF System.

                                    */s/ Jolynn M. Falto*
                                    JOLYNN M. FALTO, FBN: 1002743