THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ALEXIS KLINAKIS, et al.          }
                                 }
         Plaintiff,              }
v.                               }    Case # 6:22-cv-01756-RBD-RMN
                                 }
ALTUS JOBS, LLC., et al.         }
                                 }
         Defendants.             }
_____  }

# PLAINTIFFS' SHORT FORM MOTION TO COMPEL

### *REQUEST FOR EXPEDITED HANDLING[1]*

Undersigned files this motion seeking entry of an order (i) directing Defendants to produce documents they had agreed to produce; (ii) overruling Defendants' dilatory objections; and (iii) imposing sanctions on Defendants based on their intentional, dilatory, and stonewalling tactics, which were previously brought to the Court's attention during a recent 17 September Case Management Conference.

---

[1] Plaintiffs respectfully request that the Court consider handling this motion on an expedited basis because of the amount of time they have lost getting critical data from the Defendants by being professional, cooperating with Defense counsel and doing their best to meet and confer to narrow the scope of the issues to no avail.

I.  **BASIS FOR THIS MOTION.**

Defendants have staunchly obstructed producing critical data pertaining to the wage and compensation disputes at issue, especially data that support their defenses. Counsel attended a case management hearing on 17 September because they could not reach an accord to file a simple joint case management report. As the record reflects, the undersigned voiced his frustration about Defendants' penchant for obstreperous and obstructing tactics, and the Court stated that it would take such frustrations under consideration once formal discovery is issued and if Defendants react in a similar manner.

**Exhibit 1** is Plaintiffs' First Request for Production (the "_RFP_"). Defendants, not surprisingly, requested a two-week extension to respond, and once that extension had elapsed, asked for yet another extension. **Exhibit 2** is Defendants' objections and response to the RFP, which was served almost sixty days after the RFP was served to them.

Although the response speaks for itself, Plaintiffs raise the following issues:

1) Defendants objected to all 21 requests, and have not produced any documents, even in instances where they say they would produce some documents notwithstanding the objection.

2) Although the Court was clear during the 17 September hearing that discovery was NOT limited to class discovery (i.e., all issues were on the table), Defendants chose to object on such basis, anyway.

3) Defendants know that 85% of its employees would come within the ambit of the requests, and yet made a baseless objection suggesting that Plaintiffs are seeking compensation information about receptionists, secretaries, and other administrative staff, which is cavalier given the numerous meet and confer conversations between lawyers to narrow the scope of discovery.

4) Lastly, and perhaps most distasteful is Defendants' failure to produce documents they agreed to produce, and yet not one shred of paper has been produced since 5 January.

## II.   LOCAL RULE 3.01(G) CERTIFICATION.

Attorneys Kevin K. Ross and Jolynn M. Falto have spoken with Attorney Jesse Unruh several times (in person, by telephone, and through email exchanges) since June 2023, seeking some solution to the issues presented in this motion, making every concession and effort to get documents from Defendants that support their defenses. While defense counsel has made an authentic effort to work with the undersigned, we are now in January 2024 with several court deadlines looming, and yet no data that supports the Defendants' defenses has been provided to enable Plaintiffs to understand such defenses – assuming the defenses are real[2].

---

[2] Defendant represented to the Court, during the 17 September hearing, that they intended to file numerous counterclaims, take numerous depositions, and take other actions that required a substantial amount of time to complete to support their request that the trial of this case be delayed to the first quarter of 2025. The time to file these phantom counterclaims has elapsed, there have been no requests for depositions, and the Defendants have done nothing in this case other than contrive excuses to not produce critical documents, including their recent objections to Plaintiff seeking information vis-à-vis third party subpoenas. Defendants certainly have something to hide, and thus are making every effort to thwart the progress of discovery.

The undersigned has reached out to Mr. Unruh and his colleagues over the past eight to ten days to discuss various discovery objections (including objections they made to third party subpoenas for similar information), and still there is no compromise or resolution that has been offered – Mr. Sharifi simply does not want to produce any documents to the Plaintiffs.  As a result, Plaintiffs are at a loss as to what else they can reasonably do, without the assistance of this Court, to resolve these discovery issues that have been going on for months – the meet and confer process only works if both sides are willing to talk and to talk in good faith, and there is ample evidence in the Court's record that the Defendants are inhibiting their lawyers from making a good faith effort to resolve basic discovery disputes.

Respectfully submitted,

By: _____/s/ Kevin K. Ross-Andino_____
Kevin K. Ross-Andino, FBN 0066214
email: kevin.ross@eclatlaw.com
éclat law PA
307 Cranes Roost Boulevard, Suite 2010
Altamonte Springs, Florida 32701
Phone: (689) 214-0532 (direct dial)
Lead Trial Counsel for the Plaintiffs

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed with the Clerk of Court this ***30th day of January 2024*** by using the Federal Case Management/Electronic Case Files System (CM/ECF System). Accordingly, a copy of the foregoing is being served on this day to all attorney(s)/interested parties identified on the CM/ECF Electronic Service List, via transmission of Notices of Electronic Filing generated by the CM/ECF System.

By: _____
      Kevin K. Ross-Andino