UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ALEXA KLINAKIS; JORDAN
KRAVETZKY; NICOLE WHITE;
ANRICH BEKKER; MATEO VELEZ;
LANEY HEIDRICH; CLAUDIA
RODRIGUEZ; ERIC TAYLOR; and
ANGIE CIPRIANO,

       Plaintiffs,

v.                               Case No. 6:22-cv-1756-RBD-RMN

ALTUS JOBS, LLC; and SAUM
DUSTIN SHARIFI,

       Defendants.
_____

## ORDER TO SHOW CAUSE

In this employment case against a recruiting company and its owner, Plaintiffs previously moved to certify a class and a collective. (Docs. 76, 78.) Responses to the motions were due March 15, 2024. (Doc. 91.) But neither Defendant timely responded. Instead, on March 18, Defendant Altus Jobs, LLC filed a suggestion of bankruptcy. (Doc. 94.) Plaintiffs then filed a notice asserting that the bankruptcy was filed in bad faith, noting that individual Defendant Saum Dustin Sharifi did not file for bankruptcy, and seeking sanctions for Defendants' alleged failure to comply with a discovery order. (Doc. 96.) Plaintiffs later withdrew the request for sanctions. (Doc. 98.)

In light of the bankruptcy filing, this action is **STAYED** as to Defendant Altus Jobs, LLC only. On **Tuesday, June 4, 2024**, and every sixty days thereafter, Altus Jobs, LLC is **DIRECTED** to file a status report regarding the bankruptcy proceedings.

Given that Defendant Saum Dustin Sharifi is not in bankruptcy, this case is not stayed as to him, so by **Tuesday, April 16, 2024**, he is **ORDERED TO SHOW CAUSE** by written response why the motions for certification (Docs. 76, 78) should not be deemed unopposed as to him. By **Tuesday, April 30, 2024**, Plaintiffs may file a reply to Sharifi's response.

Plaintiffs' request for sanctions (Doc. 96) is **DENIED AS MOOT**.

**IT IS SO ORDERED**.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on April 3, 2024.

ROY B. DALTON, JR.
United States District Judge