# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

ALEXA KLINAKIS; JORDAN
KRAVETZKY; NICOLE WHITE;
MATEO VELEZ; LANEY HEIDRICH;
CLAUDIA RODRIGUEZ; ERIC
TAYLOR; and ANGIE CIPRIANO,

       Plaintiffs,

v.                                Case No:  6:22-cv-1756-RBD-RMN

ALTUS JOBS, LLC; and SAUM
DUSTIN SHARIFI,

       Defendants.

_____

## ORDER OF DISMISSAL

This cause is before the Court on *sua sponte* review of the file.  An Endorsed Order was entered on April 10, 2025 (Doc. 116), directing the parties to file a joint notice advising the Court of their position on whether to reopen the case now that the bankruptcy case has concluded or dismiss and fully close the case if there is no further dispute. Due to the parties' failure to comply with the Endorsed Order (Doc. 116), the case is due to be closed.

It is hereby **ORDERED** and **ADJUDGED** that this case is **DISMISSED** without prejudice for failure to comply with the Court's Order. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on July 1, 2025.



ROY B. DALTON, JR.
United States District Judge